Warren G. SMITH, Jr., Plaintiff–
Appellant,

v.

BOWIE COUNTY, TX, Sheriff Depart-
ment's Head Authorities Officials;
Dewayne Cannon, Warden; BI–State
Building J Center, Sheriff Depart-
ment's Officials; Michael P. Clag-
horn, Correctional Official; Robert
Yates, Correctional Official, Defen-
dants–Appellees.

No. 02–41550.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 21, 2003.

Warren G. Smith, Jr., Houston, TX, for
Plaintiff–Appellant.

Troy Alan Hornsby, Miller, James, Mil-
ler & Hornsby, Texarkana, TX, for Defen-
dants–Appellees.

Before KING, Chief Judge, and JOLLY
and STEWART, Circuit Judges.

PER CURIAM.*

Proceeding *pro se* and *in forma pauper-
is*, Warren G. Smith, Jr., Texas prisoner
# 490679, filed an interlocutory appeal
from the denial of his motion for injunctive
relief in his 42 U.S.C. § 1983 suit. Smith
has failed to brief any relevant issue and
therefore his appeal is DISMISSED AS
FRIVOLOUS. *See Howard v. King,* 707

F.2d 215, 219–20 (5th Cir.1983); 5TH CIR.
R. 42.2.

The dismissal of this appeal counts as a
strike under 28 U.S.C. § 1915(g). *Cf. In
Re: Jacobs,* 213 F.3d 289, 291 (5th Cir.
2000). Smith is warned that, if he accumu-
lates two more strikes pursuant to 28
U.S.C. § 1915(g), he may not proceed *in
forma pauperis* in any civil action or ap-
peal filed while he is incarcerated or de-
tained in any facility unless he is under
imminent danger of serious physical inju-
ry. *See* 28 U.S.C. § 1915(g).

APPEAL DISMISSED AS FRIVO-
LOUS; SANCTION WARNING IS-
SUED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under

the limited circumstances set forth in 5TH CIR.
R. 47.5.4.